IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01918-AP

CRAIG R. BELISLE,

      Plaintiff,

      v.

JO ANNE B. BARNHART, Commissioner of Social Security,

      Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
Alan M. Agee, P.C.
512 S. 8th Street
Colorado Springs, CO 80905
Telephone: 719-473-1515
E mail: Ageealanmpc@qwest.net

For Defendant:
Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-0815
Fax: (303) 844-0770
E mail: teresa.abbott@ssa.gov

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

**A.**    **Date Complaint Was Filed:** October 3, 2005

**B.**    **Date Complaint Was Served on U.S. Attorney's Office:** October 7, 2005

**C.**    **Date Answer and Administrative Record Were Filed:** December 6, 2005

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The record is complete.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

There is no additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case does not involve any unusual and complicated or out-of-the-ordinary claims.

## 7.  OTHER MATTERS

None.

**8.  PROPOSED BRIEFING SCHEDULE**

   **A.     Plaintiff's Opening Brief Due:**  December 31, 2005

   **B.     Defendant's  Response Brief Due:**  January 30, 2006

   **C.     Plaintiff's  Reply Brief Due:**  February 14, 2006

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

   **A.     Plaintiff's Statement:** Oral Argument is requested.

   **B.     Defendant's Statement:**  Oral Argument not requested.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   **A.     ( X )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   **B.     ( )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

***The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of good cause.***

DATED this 20th day of December, 2005.

BY THE COURT:

 S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Alan M. Agee<br>Alan M. Agee, P.C.<br>512 S. 8th Street<br>Colorado Springs, CO 80905<br>Telephone: 719-473-1515<br>Ageealanmpc@qwest.net<br><br>Attorney for Plaintiff | WILLAM J. LEONE<br>United States Attorney<br><br>s/ Kurt J. Bohn<br>KURT J. BOHN<br>Assistant U.S. Attorney<br>1225 Seventeenth Street, Suite 700<br>17th Street Plaza<br>Denver, Colorado  80202<br>Telephone: (303) 454-0100<br>kurt.bohn@usdoj.gov<br><br>By: s/ Teresa H. Abbott<br>Teresa H. Abbott<br>Special Assistant U.S. Attorney<br><br>*Mailing Address:*<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado  80294<br>Telephone:  (303) 844-0815<br>FAX: (303) 844-0770<br>e mail:  teresa.abbott@ssa.gov<br><br>*Street Address:*<br>United States Attorney's Office<br>1225 Seventeenth Street, Suite 700<br>Denver, Colorado  80202<br>Telephone:  (303) 454-0100<br><br>Attorneys for Defendant |