UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 05-cv-01918-WDM

CRAIG R. BELISLE,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security,

    Defendant.

## ORDER FOR ATTORNEYS' FEES

Miller, J.

    Subject to my approval, the parties have stipulated to an award of attorneys' fees and expenses to plaintiff in the amount of $6,200.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). After review of the result in this case, I now approve that award.

    Accordingly, it is ordered:

1. The unopposed motion for an award of attorney fees, filed February 6, 2009, is granted.

2. Plaintiff is awarded attorneys' fees and expenses in the total amount of $6,200.00.

    DATED at Denver, Colorado, on February 9, 2009.

                                                     BY THE COURT:

                                                   s/ Walker D. Miller
                                                   United States Senior District Judge

PDF FINAL